**Bruce LAMONT, Respondent,**

v.

**SCHMIDT BREWING, and American Mutual Insurance Company, Relators.**

**No. C9–88–371.**

Supreme Court of Minnesota.

Aug. 5, 1988.

Janet Mason, Timothy P. Jung, Minneapolis, for relators.

John R. Bridell, Minneapolis, for respondent.

### OPINION

POPOVICH, Justice.

This is an appeal from a workers' compensation decision reversing a compensation judge's denial of temporary partial compensation at the temporary total rate. For the reasons stated in *Parson v. Hol-* *man Erection Co.*, 428 N.W.2d 72 (Minn.1988), we reverse and reinstate the decision of the compensation judge.

Reversed and decision of the compensation judge reinstated.